# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17cr134

**UNITED STATES OF AMERICA,**

    v.                         **ORDER**

**DAVID MATTHEW LOWE**

___

This **MATTER** is before the Court upon Defendant's Motion to be excused from Further Status Conferences and Calendar Calls in the Addison Case (3:17cr134).

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this defendant has plead and his attorney does not need to attend anymore Status Conferences or Calendar Calls in the Addison Case (3:17cr134).

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 29, 2018

Frank D. Whitney
Chief United States District Judge